175 So.2d 301

**Geneva Eldora DeVORE, divorced wife of Harry Luther DeVore,**

v.

**Harry Luther DeVORE.**

No. 47764.

June 7, 1965.

In re: Harry Luther DeVore applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 172 So.2d 923.

Writ refused. On the facts found by Court of Appeal, there is no error of law in its judgment.

175 So.2d 301

**Mrs. Mary Chiasson GRAVOIS et al.**

v.

**TRAVELERS INDEMNITY COMPANY et al.**

No. 47770.

June 7, 1965.

In re: Travelers Indemnity Company et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 173 So.2d 550.

The application is denied. Applicants having filed an exception to the jurisdiction, which has been sustained by the Court of Appeal and acquiesced in by plaintiffs, are in no position to complain of the judgment in their favor.